1  J. COLBY WILLIAMS, ESQ. (5549)
   jcw@cwlawlv.com
2  CAMPBELL & WILLIAMS
   710 South Seventh Street, Suite A
3  Las Vegas, Nevada 89101
   Telephone: (702) 382-5222
4  Facsimile: (702) 382-0540

5  JASON P. BLOOM, ESQ.
   (*pro hac vice*) (TX Bar No. 24045511)
6  jason.bloom@haynesboone.com
   HAYNES AND BOONE, LLP
7  2801 N. Harwood Street, Suite 2300
   Dallas, TX 75201
8  Telephone: (214) 651-5000
   Facsimile: (214) 651-5940
9
   JASON W. WHITNEY, ESQ.
10 (*pro hac vice*) (TX Bar No. 24066288)
   jason.whitney@haynesboone.com
11 HAYNES AND BOONE, LLP
   112 East Pecan Street, Suite 1200
12 San Antonio, Texas 78205
   Telephone: (210) 978-7000
13 Facsimile: (210) 978-7450

14 *Attorneys for Plaintiff BuzzBallz, LLC*

15              **UNITED STATES DISTRICT COURT**

16                   **DISTRICT OF NEVADA**

17                                    | Case No.:  2:24-cv-00548-JAD-BNW
   BUZZBALLZ, INC,
18                                    | **STIPULATION AND  ORDER**
                    Plaintiff,        | **EXTENDING TIME FOR**
19 vs.                                | **DEFENDANT TO RESPOND TO**
                                      | **COMPLAINT**
20 MPL BRANDS NV, INC. d/b/a PATCO    |
   BRANDS,                            | **(FIRST REQUEST)**
21
                    Defendant.
22

23        IT IS HEREBY STIPULATED AND AGREED between Plaintiff Buzzballz, Inc. and

24 Defendant MPL Brands NV, Inc. d/b/a Patco Brands (collectively, the "Parties"), by and through

25 their undersigned counsel of record, that Defendant shall have an additional 30 days to answer or

                                      1

CAMPBELL & WILLIAMS
ATTORNEYS AT LAW
710 SOUTH SEVENTH STREET, SUITE A, LAS VEGAS, NEVADA 89101
Phone: 702.382.5222 • Fax: 702.382.0540
www.campbellandwilliams.com

otherwise respond to the Complaint (ECF No. 1). Defendant's original response deadline is April 16, 2024. With an additional 30 days, Defendant's deadline to answer or otherwise respond to the Complaint is extended to May 7, 2024.

Good cause exists for the extension set forth herein because Defendant requires additional time to prepare a response to Plaintiff's Complaint.

This is the first extension requested for Defendant to respond to the Complaint and is not made for purposes of delay.

IT IS SO STIPULATED.

DATED this 28th day of March, 2024

CAMPBELL & WILLIAMS

By: /s/ J. Colby Williams
J. COLBY WILLIAMS, ESQ. (5549)
710 South Seventh Street, Suite A
Las Vegas, Nevada 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540

HAYNES AND BOONE, LLP
JASON P. BLOOM, ESQ. (*pro hac vice*)
2801 N. Harwood Street, Suite 2300
Dallas, TX 75201
JASON W. WHITNEY, ESQ. (*pro hac vice*)
112 East Pecan Street, Suite 1200
San Antonio, Texas 78205

*Attorneys for Plaintiff*

DATED this 28th day of March, 2024

LYNN PINKER HURST & SCHWEGMANN

By:/s/ Chris Schwegmann
CHRIS SCHWEGMANN, ESQ.
(*pro hac vice* forthcoming)
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201

*Attorney for Defendant*

**IT IS SO ORDERED.**

**UNITED STATES DISTRICT JUDGE**

**DATED:** 3/29/2024

2