J. COLBY WILLIAMS, ESQ. (5549)
jcw@cwlawlv.com
CAMPBELL & WILLIAMS
710 South Seventh Street, Suite A
Las Vegas, Nevada 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540

JASON P. BLOOM, ESQ.
*(pro hac vice)* (TX Bar No. 24045511)
jason.bloom@haynesboone.com
HAYNES AND BOONE, LLP
2801 N. Harwood Street, Suite 2300
Dallas, TX 75201
Telephone: (214) 651-5000
Facsimile: (214) 651-5940

JASON W. WHITNEY, ESQ.
*(pro hac vice)* (TX Bar No. 24066288)
jason.whitney@haynesboone.com
HAYNES AND BOONE, LLP
112 East Pecan Street, Suite 1200
San Antonio, Texas 78205
Telephone: (210) 978-7000
Facsimile: (210) 978-7450

*Attorneys for Plaintiff BuzzBallz, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BUZZBALLZ, INC,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>MPL BRANDS NV, INC. d/b/a PATCO BRANDS,<br><br>　　　　　　Defendant. | Case No.: 2:24-cv-00548-JAD-BNW<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR PLAINTIFF TO RESPOND TO MOTION TO TRANSFER**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED between Plaintiff Buzzballz, Inc. and Defendant MPL Brands NV, Inc. d/b/a Patco Brands (collectively, the "Parties"), by and through their undersigned counsel of record, that Plaintiff shall have an additional 7 days to respond to

Defendant's Motion to Transfer Venue to the Northern Distrct of California Pursuant to 28 U.S.C. § 1404(a) (ECF No. 18) (the "Motion"). Defendant's original response deadline for the Motion is May 22, 2024. With an additional 7 days, **Defendant's deadline to respond to the Motion is extended to May 29, 2024.**

Good cause exists for the extension set forth herein because Plaintiff requires additional time to prepare a response to Defendant's Motion.

This is the first extension requested for Plaintiff to respond to the Motion and is not made for purposes of delay.

IT IS SO STIPULATED.

| | |
|---|---|
| DATED this 20th day of May, 2024 | DATED this 20th day of May, 2024 |
| HAYNES AND BOONE, LLP | GARMAN TURNER GORDON LLP |
| By: /s/ Jason W. Whitney<br>JASON P. BLOOM, ESQ. (*pro hac vice*)<br>2801 N. Harwood Street, Suite 2300<br>Dallas, TX 75201<br>JASON W. WHITNEY, ESQ. (*pro hac vice*)<br>112 East Pecan Street, Suite 1200<br>San Antonio, Texas 78205<br><br>CAMPBELL & WILLIAMS<br>J. COLBY WILLIAMS, ESQ. (5549)<br>710 South Seventh Street, Suite A<br>Las Vegas, Nevada 89101<br>Telephone: (702) 382-5222<br>Facsimile: (702) 382-0540<br><br>*Attorneys for Plaintiff* | By: /s/ Eric R. Olsen<br>ERIC R. OLSEN<br>Nevada Bar No. 3127<br>JARED M. SECHRIST<br>Nevada Bar No. 10439<br>7251 Amigo Street, Suite 210<br>Las Vegas, Nevada 89119<br><br>PERKINS COIE LLP<br>Ruben Tyler Kendrick (pro hac vice)<br>RKendrick@perkinscoie.com<br>1201 Third Avenue, Suite 4900<br>Seattle, Washington 98101-3099<br>Telephone: +1.206.359.8000<br>Facsimile: +1.206.359.9000<br><br>*Attorneys for Defendant* |

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

May 21, 2024