# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BUZZBALLZ, LLC

    Plaintiff(s),

vs.

MPL BRANDS NV, INC. d/b/a PATCO BRANDS,

    Defendant(s).

Case #2:24-cv-00548-JAD-BNW

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

[ECF No. 21]

    Daniel T. Shvodian, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

Perkins Coie LLP
(firm name)

with offices at 3150 Porter Drive,
(street address)

Palo Alto, California, 94304,
(city) (state) (zip code)

(650) 838-4300, DShvodian@perkinscoie.com.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

MPL Brands NV, Inc. d/b/a Patco Brands to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since 07/16/1997 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of California (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| USDC Northern District of California | 07/16/1997 | 184576 |
| USDC Central District of California | 06/02/1997 | |
| USDC Southern District of California | 05/30/1997 | |
| USDC Eastern District of California | 05/15/1997 | |
| Court of Appeals Federal Circuit | 10/20/2001 | |
| Court of Appeals 9th Circuit | 05/29/1997 | |
| USDC Western District of Texas (PHV) | 01/05/2015 | See attached. |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7. That Petitioner is a member of good standing in the following Bar Associations.

State Bar of California

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2  FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ____California____ )
                             )
COUNTY OF ___Santa Clara___ )

____Daniel T. Shvodian____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

_____ day of _____, _____.

____SEE ATTACHED____
Notary Public or Clerk of Court

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ____Eric R. Olsen____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

____7251 Amigo Street, Suite 210____,
(street address)

____Las Vegas____, ____Nevada____, ____89119____,
(city)            (state)            (zip code)

____(725) 777-3000____, ____eolsen@gtg.legal____.
(area code + telephone number)   (Email address)

4

Rev. 5/16

# CALIFORNIA ACKNOWLEDGMENT

CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of SANTA CLARA

On MAY 17th 2024 before me, Nicole Dyfoon,
  Date                                Here Insert Name and Title of the Officer

personally appeared DANIEL T. SHVODIAN
                      Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
            Signature of Notary Public

[Notary Seal: NICOLE DYFOON, Notary Public - California, Santa Clara County, Commission # 2486095, My Comm. Expires Apr 2, 2028]

Place Notary Seal and/or Stamp Above

--- OPTIONAL ---

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: VERIFIED PETITION FOR PERMISSION TO PRACTICE (NEVADA) DAN. SHVODIAN
Document Date: _____ Number of Pages: _____
Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
☐ Corporate Officer – Title(s): _____
☐ Partner – ☐ Limited ☐ General
☐ Individual         ☐ Attorney in Fact
☐ Trustee            ☐ Guardian or Conservator
☐ Other: _____
Signer is Representing: _____

Signer's Name: _____
☐ Corporate Officer – Title(s): _____
☐ Partner – ☐ Limited ☐ General
☐ Individual         ☐ Attorney in Fact
☐ Trustee            ☐ Guardian or Conservator
☐ Other: _____
Signer is Representing: _____

©2018 National Notary Association

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Eric E. Olsen_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____Joseph M Patane_____
(party's signature)

JOSEPH M. PATANE   DIRECTOR
(type or print party name, title)

_____[signature]_____
(party's signature)

MICHAEL  PATANE   CEO
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____Eric R Olsen_____
Designated Resident Nevada Counsel's signature

3127                              eolsen@gtg.legal
Bar number                 Email address

APPROVED:

Dated: this __24th__ day of __May__, 20__24__.

_____[signature]_____
UNITED STATES DISTRICT JUDGE

Rev. 5/16

5